

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-24-00147-CV

IN THE INTEREST OF J.P., A CHILD

On Appeal from the 46th District Court
Wilbarger County, Texas
Trial Court No. 28,530, Honorable Dan Mike Bird, Presiding

July 12, 2024

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, J.P., appeals from the trial court's *Order Holding Respondent in Contempt for Failure to Pay Child Support and Medical Support, Granting Judgment for Arrearages, and Suspending Commitment*. Now pending before this Court is the parties' "Agreed Rule 42.1(a)(2)(B) Motion to Set Aside Trial Court Judgment without Regard to the Merits and Remand to the Trial Court for Further Proceedings." We grant the motion.

Pursuant to Rule of Appellate Procedure 42.1(a)(2)(B), we set aside the judgment of the trial court, without regard to the merits, and remand the case to the trial court for rendition of a judgment in accordance with the parties' agreement. As requested by the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P.

42.1(d).  Having set aside the trial court's judgment at the request of the parties, no motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam